1 | Elizabeth Rojas, Chapter 13 Trustee  ORIGINAL
  | 15060 Ventura Blvd., Suite 240
2 | Sherman Oaks, CA 91403
  | (818) 933-5700  Fax: (818) 933-5755
3 |

FILED NOV 18 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED NOV 18 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED NOV 16 2009

4           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
5           SAN FERNANDO VALLEY DIVISION

6  IN RE:                          )   CHAPTER 13
                                   )   CASE NO. SV09-22563-MT
7  BULMARO FRANCISCO GUERRERO      )
                                   )   **ORDER DISMISSING CHAPTER 13**
                                   )   **PETITION DUE TO FAILURE OF**
                                   )   **DEBTOR(S) TO APPEAR AT THE 341(a)**
                                   )   **MEETING OF CREDITORS AND/OR TO**
                                   )   **MAKE PRE-CONFIRMATION**
                                   )   **PAYMENTS**
                                   )
                          DEBTOR   )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: NOV 18 2009

_____
Maureen Tighe
U. S. Bankruptcy Judge

```
 1  Elizabeth Rojas, Chapter 13 Trustee
    15060 Ventura Blvd., Suite 240
 2  Sherman Oaks, CA 91403
    (818) 933-5700  Fax: (818) 933-5755
 3
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
| | ) | CASE NO. SV09-22563-MT |
| BULMARO FRANCISCO GUERRERO | ) | |
| | ) | |
| | ) | **PROOF OF SERVICE BY MAIL** |
| | ) | |
| DEBTOR | ) | |
| | ) | |

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 11/5/2009 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

BULMARO FRANCISCO GUERRERO          RUZANNA POGHOSYAN
105 ROMERO DR                       100 N BRAND BLVD, STE 512
LAS VEGAS, NV 89110                 GLENDALE, CA 91203

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 91367-1367


Executed at Sherman Oaks, California on November 05, 2009.

_Gisele Dorsey_ (signature)
_____
Gisele Dorsey

Case No. SV09-22563-MT